```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                    :
JANE DOE,                                   :

                                               Plaintiff,     :          1:24-cv-3133-GHW

                           -against -                         :          <u>ORDER</u>

THE CITY OF NEW YORK, SEALED    :
DEFENANT ONE, *and* SEALED          :
DEFENDANT TWO,                    :

                                    Defendants.   :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On July 18, 2024, the Court issued an opinion denying the plaintiff's motion to seal her case. Dkt. No. 8. The Court also noted that it had not authorized the plaintiff to file her motion to seal the case itself under seal, and the Court previewed that it would issue a separate order directing the Clerk of Court to unseal the plaintiff's submissions in support of her motion to seal, found at Dkt. No. 6 and its attachments. The Court directed the plaintiff to submit any proposed redactions to those submissions by no later than July 24, 2024. The plaintiff did not submit any.

        Accordingly, as previewed in the Court's July 18 order, the plaintiff's motion to seal and supporting documents, Dkt. No. 6, are unsealed in their entirety. The plaintiff is directed to serve a copy of this order on the defendants and to retain proof of service.

        The Clerk of Court is directed to unseal the documents found at Dkt. No. 6, including any attachments, and make them available for public viewing.

        SO ORDERED.

Dated: July 17, 2024
        New York, New York

                                                                      _____
                                                                          GREGORY H. WOODS
                                                                       United States District Judge